
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 1:22-CR-00210 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **TREMONT HILL,** | : | |
| Defendant. | : | |

## INDICTMENT

THE GRAND JURY CHARGES:

**FILED**
**HARRISBURG, PA**
JUN - 1 2022
PER ___Ibr___
**DEPUTY CLERK**

### COUNT 1
18 U.S.C. § 751(a)
(Escape From Custody)

On or about May 3, 2022, in Dauphin County, within the Middle District of Pennsylvania, the defendant,

**TREMONT HILL,**

did knowingly escape from custody in the Capitol Pavilion Residential Reentry Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Middle District of Pennsylvania upon conviction for the commission of Distribution and Possession With Intent to Distribute Controlled Substances, in violation of Title 21 United States Code, Section 841(a).

All in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

A TRUE BILL

JOHN C. GURGANUS
United States Attorney

FOREPERSON

JOHNNY BAER
Assistant United States Attorney

6/1/22
Date