# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:22-CR-00210 |
| | : | |
| v. | : | |
| | : | |
| TREMONT HILL, | : | |
| | : | |
| Defendant | : | |

## ORDER

Upon a finding that the defendant is financially unable to obtain counsel, **IT IS ORDERED** that the Federal Public Defender, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone number (717) 782-2237, is appointed to represent the defendant in all proceedings arising from the within Indictment.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge

Dated: June 3, 2022