UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:22-CR-210 |
| | : | |
| v. | : | (Judge Conner) |
| | : | (Magistrate Judge Schwab) |
| TREMONT HILL, | : | |
| Defendant. | : | (Electronically Filed) |

## MOTION TO ISSUE SUMMONS AND REVIEW DETENTION STATUS

The United States moves for the issuance of a summons and for a hearing to review the defendant's compliance with the terms of his pretrial release conditions. In support of this motion, the United States alleges as follows:

1. On June 1, 2022, a grand jury returned an indictment charging defendant Tremont Hill with Escape From Custody. (Doc. 1).

2. On June 3, 2022, the defendant pleaded not guilty to the charge. (Doc. 8).

3. The Court released the defendant on conditions pending trial and placed him on electronic monitoring. (Doc. 11).

4. On October 5, 2022, the U.S. Probation Office filed a report alleging that the defendant had violated the terms of his pretrial release. *See* Gov't Ex. 1, Violation Report.

5. As detailed in the probation officer's report, the defendant was cited multiple times for driving with a suspended license. He failed to report the police contact to the probation office. *Id.*

6. In addition, the probation officer reported that on September 13, 2022, the defendant submitted a urine sample that tested positive for cocaine, fentanyl, and methadone. *Id.*

7. Upon consideration of the reported violations, the Government requests that the Court issue a summons directing the defendant to appear to answer the violations and to allow the Court to review the defendant's bail conditions.

8. No brief is being submitted in support of this motion since the reasons for the Government's request are fully set forth herein. For the convenience of the Court, a proposed form of order is attached.

WHEREFORE, the United States respectfully requests that this Court issue a summons for the defendant to appear and answer for his violations of the terms of pretrial supervision and to review his bail status.

    Respectfully submitted,

    GERARD M. KARAM
    United States Attorney

    /s/ Johnny Baer
    JOHNNY BAER
    Assistant U.S. Attorney
    PA201632
    228 Walnut Street, Suite 220
    Harrisburg, PA 17108
    Phone: (717) 221-4482
    Fax: (717) 221-4493
    john.c.baer@usdoj.gov

Date:  October 7, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2022, the foregoing document was served on counsel for the defendant through electronic case filing, addressed to the following:

Ari D. Weitzman
ari_weitzman@fd.org

/s/ Johnny Baer
JOHNNY BAER
Assistant U.S. Attorney