# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 1:22-CR-210 |
| | : | |
| v. | : | |
| | : | (Judge Conner) |
| TREMONT HILL, | : | |
| | : | |
| Defendant. | : | |

## ORDER
October 25, 2022

On October 25, 2022, the defendant appeared before the undersigned for a hearing on alleged violations of pre-trial release. The Court finds that the defendant violated the conditions of his release.

**IT IS ORDERED** that this Court's Order Setting Conditions of Release dated June 3, 2022, is **REVOKED** and the defendant, Tremont Hill, is **ORDERED DETAINED** pending trial.

*/s/ Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge